IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NATALIE LIGHT DOUGLASS, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration | : | NO. 10-1152 |
| Defendant. | : | |

## ORDER

AND NOW, on this 30th day of November, 2010, upon careful consideration of Plaintiff's Complaint (ECF No. 3) and Brief and Statement of the Issues in Support of Request for Review (ECF No. 10), it is hereby ORDERED as follows:

1. Plaintiff's Request for Review is GRANTED insofar as Plaintiff requests that the matter be vacated and remanded, and DENIED insofar as Plaintiff requests reversal of the Commissioner's decision and an award of benefits;

2. The matter is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the discussion set forth in the accompanying Memorandum on Request for Review; and

3. This case shall be CLOSED for statistical purposes.

BY THE COURT:

Date: _____

Michael M. Baylson, U.S.D.J.

O:\Todd\10-1511 Douglass v. Astrue\Order.wpd